The document below is hereby signed.

Signed: January 19, 2011.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

```
                UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF COLUMBIA
```

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| THE CENTER FOR MENTAL | ) | Case No. 06-00010 |
| HEALTH, INC., | ) | (Chapter 7) |
| | ) | **Not for Publication in** |
| Debtor. | ) | **West's Bankruptcy Reporter** |

MEMORANDUM DECISION AND ORDER
<u>RE APPLICATION FOR RELEASE OF UNCLAIMED FUNDS</u>

The Application for Release of Unclaimed Funds in the amount of $446.51 filed by Syreeta Neely on December 20, 2010, includes no verified statement by Ms. Neely certifying that her claim has not been satisfied from other sources, and that the amount of the claim that remains unpaid is equal to or exceeds the amount of the unclaimed funds.

The trustee deposited the unclaimed funds in 2008, and we know that the check issued by the trustee to Ms. Neely went uncashed, but the Application sets forth no reason why the check went uncashed. The creditor could have received payment of the debt by the date the check went uncashed (which would explain why the check was not cashed) or by a later date: she could have received payment of the creditor's claim from some co-debtor; the

debtor could have voluntarily repaid the debt; and the creditor could have enforced a lien on non-estate property or a right of setoff.  It is thus

ORDERED that within 35 days after entry of this order, the applicant shall supplement her Application by filing a declaration executed under penalty of perjury that sets forth to the best of the declarant's ability why the check from the trustee went uncashed and that attaches the latest account records showing that the claim remains unpaid in an amount equal to or exceeding the unclaimed funds (or an explanation of how the declarant knows that the claim remains unpaid to that extent even though account records are unavailable).

                                        [Signed and dated above.]

Syreeta Neely
c/o Dilks & Knopik, LLC
P.O. Box 2728
Issaquah, WA 98027-0125